IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Graham, Helen

Printed: 12/28/07

Case Number: 04 B 36809
Judge: Squires, John H
Filed: 10/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 28, 2007
Confirmed: November 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,485.17 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 12,095.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,286.40 |
| Trustee Fee: |  | 733.27 |
| Other Funds: |  | 369.67 |
| Totals: | 15,485.17 | 15,485.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,286.40 | 2,286.40 |
| 2. | Verizon Wireless | Unsecured | 705.43 | 705.43 |
| 3. | Resurgent Capital Services | Unsecured | 11,390.40 | 11,390.40 |
| 4. | Midland Finance Company/CPS | Secured |  | No Claim Filed |
| 5. | The Eye Specialists Center | Unsecured |  | No Claim Filed |
| 6. | ICS | Unsecured |  | No Claim Filed |
| 7. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 8. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,382.23 | $ 14,382.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 74.39 |
| 4% | 26.75 |
| 3% | 86.84 |
| 5.5% | 211.85 |
| 5% | 64.21 |
| 4.8% | 123.36 |
| 5.4% | 145.87 |
|  | _____ |
|  | $ 733.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Graham, Helen

Printed:  12/28/07

Case Number:  04 B 36809
Judge:  Squires, John H
Filed:  10/5/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

